UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASMIN VEGA,<br><br>      Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SOLUTIONS, LLC, et. al.,<br><br>      Defendants. | Case No. 1:20-cv-05611<br><br>**NOTICE OF APPEARANCE** |

To: The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Synchrony Bank in the above-captioned action.

Dated: April 21, 2020      **REED SMITH LLP**

               */s/ Amy Secter*
               Amy Secter, Esq.
               901 East Byrd Street, Suite 1900
               Richmond, VA 23219
               Tel. (804) 344-3400
               Fax. (804) 344-3410
               asecter@reedsmith.com
               *Counsel for Defendant Synchrony Bank*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2021, a true and exact copy of the foregoing was been served upon all parties via CM/ECF.

*/s/ Amy Secter*
Amy Secter,  Esq.
901 East Byrd Street, Suite 1900
Richmond, VA 23219
Tel. (804) 344-3400
Fax. (804) 344-3410
asecter@reedsmith.com
*Counsel for Defendant Synchrony Bank*